# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600  Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

January 6, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED:
> Sentencing adjourned to **3/18/2020** at **10:00 a.m.**
>
> SO ORDERED:
>
> _____   1\7\20
> Vincent L. Briccetti, U.S.D.J.    Date

Re:  United States v. Isaac Mallory
     Docket # 13 CR 198 (VB)

Dear Judge Briccetti,

   This matter is currently scheduled for sentencing on the Violation of Supervised Release on January 15, 2020. Since our last appearance, Mr. Mallory has been arrested again and has a pending case in this Court before Judge Roman, in which he is represented by Patrick Joyce, Esq., under a CJA appointment. *U.S. v. Sims et al, 19 CR 857(NSR)*. A status conference in that case is scheduled for February 12, 2020.

   I therefore request that the sentencing in this matter be adjourned until a date in March convenient to the Court and all counsel, so that the Court may determine whether to appoint a single attorney for Mr. Mallory's two cases, and to track the progress of the newer case.

   I have discussed this request with AUSA Shiva Logarajah, and the Government has no objection.

   Thank you for your courtesy and consideration.

                                   Respectfully yours,

                                   JOHN S. WALLENSTEIN, ESQ.
                                   Digitally signed by JOHN S. WALLENSTEIN, ESQ.
                                   Date: 2020.01.06 09:26:11 -05'00'

                                   JOHN S. WALLENSTEIN

JSW/hs
cc:  AUSA Shiva Logarajah (by ECF)
     Patrick Joyce, Esq. (by email)