Case 7:13-cr-00198-VB   Document 189   Filed 10/20/20   Page 1 of 1

# LAW OFFICES
## JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600   Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

October 20, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Isaac Mallory
            Docket # 13 CR 198 (VB)

Dear Judge Briccetti,

    This matter is currently scheduled for sentencing on the Violation of Supervised Release on October 23, 2020. Since our last appearance, I have been appointed by Judge Román to replace Patrick Joyce, Esq., as his attorney. *U.S. v. Sims et al*, 19 CR 857(NSR). A status conference in that case is scheduled for November 17, 2020.

    I therefore request that the sentencing in this matter be adjourned until February 8, 2021 at 2:30 P.M. in order to determine the progress of the pending criminal case.

    I have discussed this request with AUSA Shiva Logarajah and U.S. Probation Officer Joseph Lombardo, and they both consent to this application.

    Thank you for your courtesy and consideration.

                              Respectfully yours,

                              *John S. Wallenstein*
                              JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA Shiva Logarajah (by ECF)
       USPO Joseph Lombardo (by email)

---

**APPLICATION GRANTED**
**SO ORDERED:**

*[signature]*
Vincent L. Briccetti, U.S.D.J.
Dated: 10/20/2020
White Plains, NY

Adjourned to 2/8/21 at 2:30 p.m.