# LAW OFFICES
# JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 305
### Garden City, New York 11530
### (516) 742-5600   Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

October 20, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   United States v. Isaac Mallory
            Docket # 13 CR 198 (VB)

Dear Judge Briccetti,

    This matter is currently scheduled for sentencing on the Violation of Supervised Release on January 28, 2021. Mr. Mallory's open case before Judge Román is in the discovery stage, and will most likely result in a trial. We respectfully request that sentencing on the VOSR be held in abeyance until the resolution of the pending indictment, as the allegations overlap.

    I therefore request that the sentencing in this matter be adjourned for at least 60 days in order to determine the progress of the pending criminal case.

    I have discussed this request with AUSA Shiva Logarajah and U.S. Probation Officer Joseph Lombardo, and they both consent to this application.

    Thank you for your courtesy and consideration.

                             Respectfully yours,

                             *John S. Wallenstein*
                             JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA Shiva Logarajah (by ECF)
       USPO Joseph Lombardo (by email)

---

**APPLICATION GRANTED**
SO ORDERED: /s/ VB
Vincent L. Briccetti, U.S.D.J.
Dated: 1/15/21
White Plains, NY

Sentencing adjourned to 4/8/21 at 3:00 p.m.