# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

December 29, 2021

**APPLICATION GRANTED**
**SO ORDERED:**

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti, U.S.D.J.
Dated: 12/29/21
White Plains, NY

Mr. Wallenstein is relieved as counsel with the thanks of the Court. Jesse Siegel, Esq., is appointed as substitute CJA counsel in this matter. A further status report is due by 2/28/2022. No court conferences in this VOSR matter are scheduled at this time.

BY ECF
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Isaac Mallory
      Docket # 13 CR 198 (VB)

Dear Judge Briccetti,

This matter is currently scheduled for a status conference on the Violation of Supervised Release on January 28, 2022. Mr. Mallory's open case before Judge Román is in a trial posture, but in September, 2021, I was relieved as counsel in that case, and Jesse Siegel, Esq., was appointed in my stead.

This VOSR before Your Honor has been "tracking" the open case, and it has always been expected that it will be resolved after the other case concludes. Since Mr. Siegel is now representing Mr. Mallory I respectfully request that I be relieved as Mallory's attorney, and that Mr. Siegel be appointed as substitute CJA counsel in this proceeding.

Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA Shiva Logarajah (by ECF)
      USPO Joseph Lombardo (by email)
      Jesse Siegel, Esq. (by email)