LAW OFFICE OF
**JESSE M. SIEGEL**
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

October 2, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 10/3/22
White Plains, NY

VOSR arraignment and conference rescheduled for 11/2/2022 at 11:30 a.m.

**BY ECF**

Hon. Vincent Briccetti, District Judge
United States District for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Mallory*, Ind. No. 13 Cr. 198 (VB) (VOSR).

Dear Judge Briccetti:

I am counsel to Isaac Mallory on this violation of supervised release, and also represented him before Judge Román on Ind. No. 19 Cr. 857 (NSR). Mr. Mallory was sentenced to a 66-month term of imprisonment on that case by Judge Román on September 16, 2022.

I respectfully request that the arraignment and conference on the VOSR scheduled for October 14th at 9:30 be adjourned to a date convenient for the Court on or after October 27th. I make this request because I have plans to be out-of-state from October 13th through 15th at a wedding, and out of the country from October 17th through the 26th, on vacation. The dates of the vacation were determined because my wife was invited to speak at a conference.

I have spoken to A.U.S.A. Shiva Logarajah, who consents to this request on behalf of the government.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel